# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**URSULA MANGIR and ENES MANGIR**
    Plaintiff(s)

vs.                             **CASE NUMBER: 1:21-cv-674**

**ELIZABETH MARIE WALSH**
    Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Magistrate Judge Stewart's Report-Recommendation (Dkt. No. 8) is **ADOPTED** in all respects; and it is further **ORDERED** that Plaintiffs' complaint is **DISMISSED with prejudice**.

All of the above pursuant to the Memorandum Decision and Order of the Honorable **Brenda K. Sannes**, dated this 30th day of July, 2021.

DATED: 07 30, 2021

Clerk of Court

s/_____
G. Demyttenaere
Deputy Clerk